```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>WILLIAM BROWN,<br><br>        Defendant. | HONORABLE JOSEPH E. IRENAS<br><br>Criminal Action No. 09-646 (JEI)<br><br>**ORDER DENYING DEFENDANT'S RULE 29 AND RULE 33 MOTIONS** |

**APPEARANCES:**

OFFICE OF THE U.S. ATTORNEY, PAUL J. FISHMAN
By:  Matthew T. Smith, Esq.
401 Market Street, 4th Floor
Camden, NJ 08101
        Counsel for Plaintiff

WILLIAM BROWN
Federal Detention Center
P.o. Box 562
Philadelphia, Pa 19105
        Pro Se Defendant

**IRENAS**, Senior District Judge:

   This matter having appeared before the Court upon Defendant's Motion for a Judgment of Acquittal under Fed. R. Crim. P. 29, or, alternatively, for a New Trial under Fed. R. Crim. P. 33 (Dkt. No. 63); and for the reasons set forth in open court on even date herewith; and for good cause appearing;

**IT IS** on this **23rd** day of June, 2010,

**ORDERED THAT:**

Defendant's Motion for a Judgment of Acquittal under Fed. R. Crim. P. 29, or, alternatively, for a New Trial under Fed. R. Crim. P. 33 hereby **DENIED**.

                                          s/ Joseph E. Irenas
                                     **JOSEPH E. IRENAS, S.U.S.D.J.**